```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                    Plaintiff,              :
                                                            :     15 Cr. 174-02 (LGS)
              -against-                                     :
                                                            :          ORDER
LUDWIG CRISS ZELAYA ROMERO,                                 :
                                    Defendant,              :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/14/2019

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Court is considering appointing Dr. Liliana Rusanksky Drob to conduct a psychiatric or psychological examination of Defendant Zelaya Romero;

WHEREAS, a proposed form of order is appended. It is hereby,

**ORDERED** that, if either the Defendant or the Government objects to the form of order, the party shall file a letter by November 18, 2019, informing the Court of the basis for the objection(s).

Dated: November 14, 2019
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                              :
UNITED STATES OF AMERICA,                     :
                            Plaintiff,        :
                                              :   15 Cr. 174-02 (LGS)
            -against-                         :
                                              :   ORDER
LUDWIG CRISS ZELAYA ROMERO,                   :
                            Defendant,        :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that Dr. Liliana Rusanksky Drob is appointed to conduct a psychiatric or psychological examination of Defendant Ludwig Criss Zelaya Romero for the limited purpose of evaluating Defendant Zelaya Romero's functional competence in cognitive areas relating to decision-making. The Court will provide Dr. Drob with a redacted copy of the presentence investigation report, including only the following sections: Institutional Adjustment (¶ 8), The Offense Conduct (¶ 10), Background (¶¶ 11-18), Personal and Family Data (¶¶ 41-50), Physical Condition (¶¶ 51-55), Mental and Emotional Health (¶ 56), Substance Abuse (¶¶ 57-59), Educational, Vocational and Special Skills (¶¶ 60-62) and Employment Record (¶¶ 63-65). It is further

**ORDERED** that Defendant Zelaya Romero's counsel shall assist Dr. Drob in the logistics of coordinating the medical evaluation, and may be present for any meetings between Dr. Drob and Defendant Zelaya Romero. It is further

**ORDERED** that Defendant Zelaya Romero's counsel and the Government shall refrain from any substantive communication with Dr. Drob.

Dated:
    New York, New York