USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
   UNITED STATES OF AMERICA,
               Plaintiff,

         -against-

   LUDWIG CRISS ZELAYA ROMERO,
               Defendant,
------------------------------------------------------------X

15 Cr. 174-02 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    It is hereby **ORDERED** that Dr. Liliana Rusanksky Drob is appointed to conduct a psychiatric or psychological examination of Defendant Ludwig Criss Zelaya Romero for the limited purpose of evaluating Defendant Zelaya Romero's functional competence in cognitive areas relating to decision-making. The Court will provide Dr. Drob with a redacted copy of the presentence investigation report, including only the following sections: Institutional Adjustment (¶ 8), The Offense Conduct (¶ 10), Background (¶¶ 11-18), Personal and Family Data (¶¶ 41-50), Physical Condition (¶¶ 51-55), Mental and Emotional Health (¶ 56), Substance Abuse (¶¶ 57-59), Educational, Vocational and Special Skills (¶¶ 60-62) and Employment Record (¶¶ 63-65). It is further

    **ORDERED** that Defendant Zelaya Romero's counsel shall assist Dr. Drob in the logistics of coordinating the medical evaluation, and may be present for any meetings between Dr. Drob and Defendant Zelaya Romero. It is further

    **ORDERED** that Defendant Zelaya Romero's counsel and the Government shall refrain from any substantive communication with Dr. Drob.

Dated: November 19, 2019
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE