```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                  Plaintiff,                :
                                                            :        15 Cr. 174 (LGS)
                  -against-                                 :
                                                            :        SCHEDULING ORDER
LUDWIG CRISS ZELAYA ROMERO and                              :
JUAN MANUEL AVILA-MEZA,                                     :
                                  Defendants,               :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/06/2019

LORNA G. SCHOFIELD, District Judge:

WHEREAS a status conference was held on December 5, 2019. As discussed at conference, it is hereby

**ORDERED** that the joint *Fatico* hearing, scheduled for December 17, 2019, and Defendant's deadline to file a supplemental sentencing submission, *see* Dkt. Nos. 385 and 407, are adjourned sine die. It is further

**ORDERED** that, by **December 20, 2019**, the Government and Defendants Zelaya Romero and Avila-Meza shall file a joint letter on ECF, proposing dates on or after March 16, 2019, on which the joint *Fatico* hearing may be rescheduled. It is further

**ORDERED** that, by **January 15, 2019**, the Government and Defendant Avila-Meza shall file a joint letter on ECF identifying the facts that are in dispute and to be resolved at the *Fatico* hearing (1) in the Presentence Investigation Report ("PSR," Dkt. No. 377) with citations to the relevant paragraph in the PSR and (2) in the Government's sentencing submission (Dkt. No. 383). It is further

**ORDERED** that the Government shall produce 3500 materials no later than one month in advance of the *Fatico* hearing, provided the parties have entered into a protective order.

Dated: December 6, 2019
      New York, New York

                                    **LORNA G. SCHOFIELD**
                              **UNITED STATES DISTRICT JUDGE**