USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 02/04/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                      Plaintiff,

            -against-

    LUDWIG CRISS ZELAYA ROMERO,

                      Defendant,
------------------------------------------------------------X

15 Cr. 174-02 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on November 19, 2019, the Court appointed Dr. Liliana Rusanksky Drob to conduct a psychiatric or psychological examination of Defendant Ludwig Criss Zelaya Romero;

WHEREAS, on January 31, 2020, Dr. Drob submitted her forensic psychological report to the Court by email. It is hereby

**ORDERED** that the Office of the Clerk of Court is directed to remit to Dr. Drob the amount owed pursuant to the invoice attached hereto.

Dated: January 4, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Liliana Rusansky Drob, Psy.D.
Clinical and Forensic Psychology
465 Bay Ridge Pkwy
Brooklyn, New York 11209
P: 646-262-7834
Fax: 718 732-0043
lilidrob@gmail.com

February 4, 2020

**For Professional Services**

**Re: United States District Court vs Ludwig Criss Zelaya Romero**
**Indictment#: S1 15 Cr. 174 (LGS)**

| Date | Procedure | Hours |
|---|---|---|
| 11-12-19 | Consultation with Court Clerk | 0.30 |
| 11-18-19 | Review of legal records | 0.50 |
| 12-03-19 | Review of Neuropsychological Assessment | 0.50 |
| 12-16-19 | Psychological Examination at Metropolitan Detention Center | 6.00 |
| 12-16-19 | Travel to MDC from Bklyn Hts Office | 0.80 |
| 12-18-19 | Intellectual functioning and Trauma assessment | 3.00 |
| 12-18-19 | Travel to MDC from Bklyn Hts Office | 0.80 |
| 01-15-20 | Psychological Examination at MDC | 3.00 |
| 01-15-20 | Travel to MDC from Bklyn Hts Office | 0.80 |
| 01-17-20 | Data Entry, Scoring and Interpretation of psychological tests | 3.10 |
| 01-20-20 | Forensic Psychological Report | 7.20 |
| 01-23-20 | Forensic Psychological Report | 3.20 |
| 01-30-30 | Forensic Psychological Report | 2.90 |

**Total = 32.1 hrs. at $250.00/hr. = $ 8,025.00**

**Please remit: $ 8,025.00 at the above address.**

Liliana Rusansky Drob
NYS License #: 015764
TIN #: 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