```
JUNITED STATES DISTRICT COURT                          USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                          DOCUMENT
- - - - - - - - - - - - - - - - - - - - X             ELECTRONICALLY FILED
                                         :             DOC #:
UNITED STATES OF AMERICA                 :             DATE FILED: 02/26/2020
                                         :
        - v. -                           :             STIUPLATED ORDER
                                         :
JUAN MANUEL AVILA MEZA, and              :             15 Cr. 174 (LGS)
LUDWIG CRISS ZELAYA ROMERO,              :
                                         :
                                         :
                        Defendants.      :
                                         :
- - - - - - - - - - - - - - - - - - - - X
```

WHEREAS the United States of America, Geoffrey S. Berman, United States Attorney for the Southern District of New York, by and through Assistant United States Attorneys Matthew J. Laroche, Jason A. Richman, and Elinor Tarlow, seeks an order restricting the dissemination of material produced pursuant to the Jencks Act and *Giglio* ("3500 Material") in connection with the sentencing hearing in this matter that is currently scheduled to begin on December 17, 2019 (the "Hearing");

WHEREAS the defendants, by and through their attorneys Linda George, Esq. (for defendant Juan Manuel Avila Meza) and David M. Stern, Esq. (for defendant Ludwig Cross Zelaya Romero) (collectively, "Defense Counsel"), consent to the entry of this Stipulated Order;

WHEREAS the Government and the defendants agree that unnecessary dissemination or disclosure of the 3500 Material would pose a risk to the safety of others and could compromise ongoing investigations by United States and foreign law enforcement;

WHEREAS the Court finds on the basis of the parties' agreement and based on public filing and other proceedings in this and related matters that good cause has been shown for the relief set forth herein;

IT IS HEREBY ORDERED that Defense Counsel shall not show or disseminate any of the 3500 Material to anyone other than the defendant and U.S.-based paralegals, investigators, and interpreters working for Defense Counsel;

IT IS FURTHER ORDERED that Defense Counsel shall not transport or transmit any of the 3500 Material outside of the United States;

IT IS FURTHER ORDERED that the defendant shall not possess any of the 3500 Material, either before, during, or after the Hearing, except when reviewing the 3500 Material in the presence of Defense Counsel or U.S.-based paralegals, investigators, or interpreters working for Defense Counsel; and

Dated: February 26, 2020
New York, New York

SO ORDERED

HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

IT IS FURTHER ORDERED that Defense Counsel shall return to the Government, or destroy, all of the 3500 Material at the close of the Hearing.

AGREED AND CONSENTED TO:

_____   _____
David M. Stern, Esq.        Date
Attorney for Ludwig Criss Zelaya
Romero


_____   _____
Linda George, Esq.          Date
Attorney for Juan Manuel Avila
Meza



SO ORDERED:


_____   _____
HONORABLE LORNA G. SCHOFIELD    Date
United States District Judge
Southern District of New York

IT IS FURTHER ORDERED that Defense Counsel shall return to the Government, or destroy, all of the 3500 Material at the close of the Hearing.

AGREED AND CONSENTED TO:

_____        _____
David M. Stern, Esq.                  Date
Attorney for Ludwig Criss Zelaya
Romero

_____        ____2/24/20_____
Linda George, Esq.                    Date
Attorney for Juan Manuel Avila
Meza


SO ORDERED:

_____        _____
HONORABLE LORNA G. SCHOFIELD          Date
United States District Judge
Southern District of New York

3