# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5500

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: March 17, 2020

March 16, 2020

**By ECF**

Hon. Lorna G. Schofield
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> In light of the current COVID-19 pandemic and Defendant Meza's application for additional time to obtain evidence (Dkt. No. 428), this application is GRANTED. The fatico hearing currently scheduled for March 24, 2020 is adjourned to June 8, 2020 at 10:30 a.m. The Clerk of the Court is directed to terminate the motions at docket numbers 428 and 431.
> Dated: March 17, 2020
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Re:   United States v. Ludwig Criss Zelaya Romero
       15 Cr. 174 (LGS)

Dear Judge Schofield:

    I am the attorney for Mr. Zelaya Romero, the defendant in the above-referenced matter. In light of the current coronavirus and related government regulations, such as restrictions on court proceedings and legal visiting, this letter is submitted without objection from the government to respectfully request a two-month adjournment of the *Fatico* hearing that is presently scheduled to begin on March 24, 2020. I am proposing an adjournment to the week of May 25, 2020, or a date and time thereafter that is convenient for the Court.

    If your Honor has any questions regarding this matter, please contact my office.

Respectfully submitted,

/s/

David Stern

cc:   AUSA Jason Richman (By ECF)
       AUSA Elinor Tarlow (By ECF)