UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
    UNITED STATES OF AMERICA,

                -against-                                15 Cr. 174-02 (LGS)
                                                          15 Cr. 174-04 (LGS)
    LUDWIG CRISS ZELAYA ROMERO and
    JUAN MANUEL AVILA-MEZA,                    **ORDER**
                                      Defendants.
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       It is hereby **ORDERED** that the parties shall file a joint letter by **May 5, 2020**, stating whether they are able to proceed by video conference with the *Fatico* hearing scheduled for June 8, 2020, at 10:30 a.m., and continuing on June 9, 2020, at 10:30 a.m., as necessary (*see* Dkt. No. 414).

Dated: April 28, 2020
New York, New York

                                                                  LORNA G. SCHOFIELD
                                                        UNITED STATES DISTRICT JUDGE