

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

June 15, 2020

<u>Via ECF</u>
The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square, Courtroom 1106
New York, New York 10007

   Re: <u>United States v. Ludwig Criss Zelaya Romero, et ano</u>., S1 15 Cr. 174 (LGS)

Dear Judge Schofield:

   The Government writes in response to the Court's order, dated May 7, 2020, that the Government and defense counsel for Ludwig Criss Zelaya Romero and Juan Manuel Avila Meza provide proposed dates for rescheduling the *Fatico* hearing in this case. *See* dkt. no. 440. The parties have conferred and respectfully request that the Court reschedule the *Fatico* hearing for the week of October 5, 2020. Defense counsel for Ludwig Criss Zelaya Romero and Juan Manuel Avila Meza further have both informed the Government that they waive their clients' appearances at the conference scheduled for June 18, 2020 in the above-captioned matter.

The Court adopts the parties' proposed schedule as follows: A *Fatico* hearing as to Defendants Zelaya Romero and Avila Meza shall occur **on October 5, 2020, at 10:30 a.m**. The hearing shall continue on October 6, 2020, at 10:30 a.m., as necessary. The telephone conference currently scheduled for June 18, 2020 is canceled. The Clerk of the Court is directed to terminate the letter motion at docket number 447.

Dated: June 16, 2020
New York, New York

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By:  <u>/s/        </u>
Amanda L. Houle / Matthew J. Laroche /
Jason A. Richman / Elinor L. Tarlow
Assistant United States Attorneys
(212) 637- 2194 / 2420 / 2589 / 1036

cc: Defense Counsel (via ECF)

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**