UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA    :
                              Plaintiff,   :
                                     :    15 Cr. 174 -02 -05 (LGS)
         -against-    :
                                     :    <u>ORDER</u>
JUAN MANUEL AVILA-MEZA and LUDWIG   :
ZELAYA-ROMERO,    :
                           Defendants,  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on September 24, 2020, a conference was held regarding scheduling of the *Fatico* hearing for Defendants Avila-Meza and Zelaya-Romero. It is hereby

      **ORDERED** that counsel for Defendants shall meet and confer with their clients to discuss the upcoming hearing. It is further

      **ORDERED** that by **October 12, 2020**, the parties shall submit a joint letter (1) describing Plaintiffs' counsel's efforts to confer with their clients and (2) proposing a new date for any *Fatico* hearing.

Dated: September 24, 2020
       New York, New York

                                                  LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE