ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

| | |
|---|---|
| Franklin A. Rothman<br>Jeremy Schneider<br>Robert A. Soloway<br>David Stern<br>———————<br>Rachel Perillo | Tel: (212) 571-5500<br>Fax: (212) 571-5507 |

November 25, 2020

**Application Granted. Defendant Romero shall refile his sentencing submission on or before December 15, 2020. The Government shall refile its submission on or before December 22, 2020. The Clerk of th3 Court is directed to terminate the letter motion at docket number 475.**

**Dated: November 30, 2020**
**New York, New York**

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

**Via ECF**
Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   United States v. Ludwig Zelaya Romero
      15 Cr. 174 (LGS)

Dear Judge Schofield:

I am the attorney for Ludwig Zelaya Romero, the defendant in the above-referenced matter. This letter is respectfully submitted with the consent of the government, by AUSA Matthew Laroche, to request an extension of the deadlines for sentencing submission in this case.

The Court has ordered that Mr. Zelaya's updated sentencing submission be filed by December 1, 2020, and the government's by December 8, 2020. I respectfully request that the deadlines be extended by two weeks, to allow Mr. Zelaya to file his submission by December 15, 2020, and the government by December 22, 2020. An extension is needed because counsel needs additional time to meet with Mr. Zelaya, who is in custody at the Metropolitan Detention Center (MDC) and who requires a Spanish-speaking interpreter, in order to discuss issues related to sentencing. Due to the pandemic, there is a shortage of interpreters who are available and willing to enter the MDC, which has made it difficult to schedule a meeting. However, a two-week extension should provide sufficient time to meet with my client. If the Court has any questions regarding this application, please contact my office.

Respectfully submitted,

/s/ David Stern

cc:   AUSA Matthew Laroche (by ECF)