**ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP**
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

FRANKLIN A. ROTHMAN      Tel: (212) 571-5500
JEREMY SCHNEIDER      Fax: (212) 571-5507
ROBERT A. SOLOWAY
DAVID STERN
———
RACHEL PERILLO

March 1, 2021

**VIA ECF**
Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:   United States v. Ludwig Criss Zelaya Romero
           S1 15 Cr. 174(LGS)

Dear Judge Schofield:

    I am the attorney for Mr. Zelaya, the defendant in the above-referenced matter. I write with the consent of the attorney for the Government, Jason Richman, seeking a sixty-day adjournment of Mr. Zelaya's sentencing, which is presently scheduled for March 23rd, 2021. This adjournment will allow Mr. Zelaya to be sentenced in person consistent with his rights under the 6th amendment. Mr. Zelaya is cognizant of his right to a speedy sentencing but waives that right in order to avail himself of his right to speak to the Court at the time of his sentencing.

    If you have any questions regarding this application please contact my office.

Respectfully submitted,

/s/

David Stern

Application Granted.  Defendant Romero's sentencing hearing is adjourned from March 23, 2021, to **May 10, 2021, at 4:00 p.m.**  Defendant Romero shall refile his sentencing submission on or before April 19, 2021.  The Government shall refile its submission on or before April 26, 2021.  The Clerk of the Court is directed to terminate the letter motion at docket number 504.

Dated: March 12, 2021
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**