UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUDWIG CRISS ZELAYA ROMERO,<br><br>                 Movant,<br><br>-against-<br><br>UNITED STATES OF AMERICA,<br><br>                 Respondent. | 22 Civ. 1853 (LGS)<br><br>15 Crim. 174-2 (LGS)<br><br>ORDER TO ANSWER, 28 U.S.C. § 2255 |

LORNA G. SCHOFIELD, United States District Judge:

WHEREAS, the Court has concluded that the motion brought under 28 U.S.C. § 2255 should not be summarily dismissed as being without merit. It is hereby

**ORDERED** that the Clerk of Court shall electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued. It is further

**ORDERED** that by **May 10, 2022**, the Government shall file an answer or other pleadings in response to the motion. Movant shall file any response within thirty (30) days from the date on which Movant is served with the Government's answer. Absent further order, the motion will be considered fully submitted as of that date.

All further papers filed or submitted for filing must include the criminal docket number and will be docketed in the criminal case.

SO ORDERED.

Dated: March 8, 2022
        New York, New York

                                                          LORNA G. SCHOFIELD
                                                          UNITED STATES DISTRICT JUDGE