UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LUDWIG CRISS ZELAYA ROMERO,  :
               Plaintiff,  :
                                :           22 Civ. 1853 (LGS)
        -against-  :           15 Crim. 174-2 (LGS)
                                :
UNITED STATES OF AMERICA,  :           <u>ORDER</u>
              Defendant,  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Government filed the Memorandum of Law in Opposition to the 2255 Petition on the criminal docket but not on the civil docket.  It is hereby

      **ORDERED** that the Government shall file the Memorandum of Law on the civil docket. The Government is directed to file all documents related to the 2255 Petition on both the civil and the criminal docket in the future.  It is further

      **ORDERED** that the Petitioner shall file any reply to the Government's Memorandum of Law in Opposition by July 22, 2022.

Dated: June 13, 2022
       New York, New York

                                            LORNA G. SCHOFIELD
                                  UNITED STATES DISTRICT JUDGE