UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
LUDWIG CRISS ZELAYA ROMERO,                                   :
                                         Plaintiff,           :
                                                              :          22 Civ. 1853 (LGS)
                -against-                                     :          15 Crim. 174-2 (LGS)
                                                              :
UNITED STATES OF AMERICA,                                     :          ORDER
                                         Defendant.           :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on June 9, 2022, the Government filed its opposition to Defendant's original motion pursuant to 28 U.S.C. § 2255 on only the criminal docket;

WHEREAS, by Order dated June 13, 2022, the Government was directed to file its opposition on the civil docket as well, and did so on June 15, 2022;

WHEREAS, after the Government filed its opposition, Defendant moved for leave to amend his original motion, Defendant's motion for leave to amend was granted, and on September 13, 2022, Defendant filed an amended motion;

WHEREAS, all filings after the Government's opposition to Defendant's original motion, including but not limited to those mentioned above, have been filed on only the civil docket in error, and the Government has not entered an appearance on the civil docket.  It is hereby

**ORDERED** that the Government shall enter an appearance on the civil docket and shall respond to Defendant's amended motion by **January 20, 2023**.

The Clerk of Court is respectfully directed to place on the criminal docket, 15 Crim. 174-2, Defendant's amended motion and supporting papers (Dkt. Nos. 16 and 17 on 22 Civ. 1853).

Dated: November 17, 2022
       New York, New York

                                                          _____
                                                          LORNA G. SCHOFIELD
                                                          UNITED STATES DISTRICT JUDGE