UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

LUDWIG CRISS ZELAYA ROMERO,
                 Plaintiff,

-against-

UNITED STATES OF AMERICA,
                 Defendant.

22 Civ. 1853 (LGS)

------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

LUDWIG CRISS ZELAYA ROMERO,
                 Defendant.

15 Crim. 174-2 (LGS)

<u>ORDER</u>

------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    It is hereby **ORDERED** that, by **February 3, 2023**, the Government shall serve a copy of its opposition brief on Defendant and file proof of service on both the civil and criminal dockets.

Dated: January 31, 2023
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**