UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
:
UNITED STATES OF AMERICA,    :
:
-against-    :   15 Crim. 174-2 (LGS)
:
LUDWIG CRISS ZELAYA ROMERO,    :   ORDER
Defendant.    :
:
------------------------------------------------------------X
:
LUDWIG CRISS ZELAYA ROMERO,    :
Plaintiff,    :
:   22 Civ. 1853 (LGS)
-against-    :
:   ORDER
UNITED STATES OF AMERICA,    :
Defendant.    :
:
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated February 17, 2023, directed the Government to, by February 22, 2023, serve a copy of its papers in opposition to Defendant's amended motion under 28 U.S.C. § 2255 on Defendant at his correct address and file proof of service;

WHEREAS, the Government has not filed proof of service.  It is hereby

**ORDERED** that, by **March 1, 2023**, the Government shall serve a copy of its opposition papers, at Dkt. No. 22 on the civil docket (22 Civ. 1853) and Dkt. No. 567 on the criminal docket (15 Crim. 174-2), on Defendant and file proof of service.

Dated: February 27, 2023
New York, New York